NETTIE SEIDNER et al., Respondents, v. CITY OF NEW YORK, Respondent, and MARCAM CONTRACTING CO., INC., Appellant.— Nolan, P. J., MacCrate, Beldock, Murphy and Ughetta, JJ., concur. [See *post,* p. 1105.]

MAX ·SMITH, Plaintiff, v. TOP NOTCH BAKERS, INC., et al., Defendants. JOHN E. HOY, as Sheriff of the County of Westchester, Appellant; WESTCHESTER COUNTY NATIONAL BANK, Now by Merger NATIONAL BANK OF WESTCHESTER, WHITE PLAINS, Respondent.— No opinion. Nolan, P. J., MacCrate, Beldock, Murphy and Ughetta, JJ., concur. [206 Misc. 265.] [See 1 A D 2d 785.]